CONRAD STUBING, Respondent, *v.* JOHN STUBING et al.,
Appellants.

(Argued April 20, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 24, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Leopold Leo* for appellants.

*Fernando Solinger* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.